### 17060. JORDAN v. THE STATE.

LUKE, J. The special grounds of the motion for a new trial are but amplifications of the general grounds, and there being some evidence to authorize the defendant's conviction, and the conviction having the approval of the trial judge, this court will not reverse the judgment denying a new trial.

Criminal Law, 17 C. J. p. 271, n. 41.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., not partici-
pating, on account of illness.*

DECIDED APRIL 14, 1926.

Conviction of larceny of automobile; from Fulton superior court
—Judge Humphries.   December 7, 1925.

*H. A. Allen,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw,* contra.